# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LORENE SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>AHMAD SHAWQI, COAST TO COAST TRANSPORTATION, LLC and PRODUCT DISTRIBUTION COMPANY,<br><br>    Defendants | CIVIL ACTION FILE<br><br>NO.<br><br>JURY TRIAL DEMANDED |

## JOINT NOTICE OF REMOVAL

Defendants, Ahmad Shawqi ("Shawqi"), Coast to Coast Transportation, LLC ("Coast to Coast") and Product Distribution Company ("PDCO") (collectively "Defendants"), and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1441, 1446, and 1332, hereby file this Notice of Removal of the above-styled action from the Circuit Court for Chester County, Tennessee, to the United States District Court for the Western District of Tennessee, respectfully showing this Honorable Court as follows:

1. Pursuant to 28 U.S.C. § 1446(a), Defendants have attached all process, pleadings, and other documents served upon them in the State Court Action to this Notice of Removal. (*See* **Exhibit A**).

2. Pursuant to 28 U.S.C. § 1332, this Court has jurisdiction over this action because there is complete diversity of citizenship between the Plaintiff and Defendants.

3. Specifically, Plaintiff's Complaint alleges that Plaintiff, Lorene Smith ("Plaintiff"), is a citizen and resident of Henderson, Chester County, Tennessee. (*See* Plaintiff's Complaint, ¶1.)

1

4. Plaintiff's Complaint further alleges that Shawqi is a resident of Louisville, Jefferson County, Kentucky. (*See* Plaintiff's Complaint, ¶2.)

5. Plaintiff's Complaint further alleges that Coast to Coast is a Kentucky limited liability company with its principal place of business located in Louisville, Kentucky. (*See* Plaintiff's Complaint, ¶3.)

6. Plaintiff's Complaint further alleges that PDCO has its principal place of business located in Louisville, Kentucky. (*See* Plaintiff's Complaint, ¶4.) PDCO is incorporated in Delaware.

7. On February 18, 2022, Plaintiff filed her Complaint in the Circuit Court of Chester County, Tennessee at Henderson, styled as *Lorene Smith vs. Ahmad Shawqi, et. al.*, Civil Action No.: 22-cv-4 (the "State Court Action"). (*See* Complaint and Summons attached as **Exhibit A**).

8. In her Complaint, Plaintiff prays for damages in the amount of Three Hundred Thousand Dollars ($300,000.00). (*Id.*)

9. PDCO was served with the State Court Action via process server on March 18, 2022. (*Id.*)

10. It is uncontroverted that diversity of the parties exists, and that the amount in controversy exceeds $75,000.00 in this case. Consequently, diversity jurisdiction exists in this case pursuant to 28 U.S.C. § 1332(a) and within thirty days of service of the State Court Action, Defendants remove this matter from the Circuit Court for Chester County, Tennessee at Henderson, to the United States District Court for the Western District of Tennessee.

11. Pursuant to 28 U.S.C. § 1446(d), Defendants hereby certify that they have notified all adverse parties of this Notice of Removal in the State Court Action by filing a "Notice of Filing Notice of Removal" attaching a copy of this "Notice of Removal" with the Clerk of the Circuit

Court for Chester County, Tennessee at Henderson, which will send notifications of same to Plaintiff's counsel and by mailing a copy to Plaintiff's counsel via Certified Mail, Return Receipt Requested. (*See* Notice of Filing Notice of Removal, attached as **Exhibit B**).

WHEREFORE, Defendants respectfully request that the United States District Court for the Western District of Tennessee effectuate removal of this case.

Respectfully submitted, this 18th day of April, 2022.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ Jamie K. Durrett*
Jamie K. Durrett
TN Bar No. 026732
Wilson Elser Moskowitz Edelman and Dicker LLP
3102 West End Avenue Suite 400
Nashville, TN 37203
615.968.3434 (Direct)
470.419.6651 (Fax)
jamie.durrett@wilsonelser.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing **NOTICE OF REMOVAL** was electronically filed with the Court and served by way of United States Postal Service, return receipt requested, to the address of counsel of record below:

David A. Siegel (No. 11870)
NAHON, SAHAROVICH & TROTZ, PLC
488 South Mendenhall
Memphis, TN 38117
*Counsel for Plaintiff*

Respectfully submitted, this 18th of April, 2022.

*/s/ Jamie K. Durrett*
Jamie K. Durrett

270162827v.1